IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-51122
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEJANDRO MACIEL-LOMELI,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-01-CR-248-ALL-DB
--------------------
June 13, 2002

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Alejandro Maciel-Lomeli (Maciel), appeals his convictions following a jury trial for importation of more than five kilograms of cocaine and for possession of more than five kilograms of cocaine with intent to distribute. He asserts that the evidence was insufficient to support his conviction. After reviewing the record and the arguments of the parties, we conclude that the evidence was sufficient to permit a reasonable

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

trier of fact to find the essential elements of the offense beyond a reasonable doubt.  See United States v. Romero-Cruz, 201 F.3d 374, 376 (5th Cir. 2000).  Consequently, Maciel's conviction is AFFIRMED.